LISA BLANCO JIMENEZ (CA SBN: 234671)
MICHAEL R. TENER (CA SBN: 253790)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
P.O. Box 20
Stockton, CA  95201-2030
Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910
E-mail: ljimenez@neumiller.com

Attorneys for Plaintiff,
HARLEY MURRAY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HARLEY MURRAY, INC., a California corporation;<br><br>  Plaintiff,<br><br>  vs.<br><br>CONSTRUCTION TRUCK & TRAILER, INC., a Utah corporation;<br><br>  Defendant. | Case No. 2:11-cv-00803-JAM-KJN<br><br>**ORDER FOR REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM**<br>[L.R. 271] |

Pursuant to the stipulation of the parties filed herein and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The above-referenced action is referred to the Court's Voluntary Dispute Resolution Program ("VDRP") pursuant to Local Rule 271.

2. The VDRP Administrator is ordered to provide the parties with a list of potential Neutrals to for selection pursuant to Local Rule 271(e)(3).

3. All VDRP proceedings shall be completed not later than January 20, 2012.

4. The Neutral selected pursuant to Local Rule 271(e)(3) shall file confirmation of completion of the VDRP within 14 days after conclusion of the VDRP proceeding.

5. All discovery in this action shall be stayed until completion of the VDRP proceeding absent stipulation to specified discovery among all of the parties.

---

Order for Referral to Voluntary Dispute Resolution Program

677659-1

PDF created with pdfFactory trial version www.pdffactory.com

6. The parties shall not be required to submit a Joint Status Report by August 12, 2011. A new order setting a deadline for submission of a Joint Status Report shall be issued subsequently.

Dated: 8/15/2011

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com