LISA BLANCO JIMENEZ (CA SBN: 234671)
MICHAEL R. TENER (CA SBN: 253790)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
P.O. Box 20
Stockton, CA  95201-2030
Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910
E-mail: ljimenez@neumiller.com

Attorneys for Plaintiff,
HARLEY MURRAY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HARLEY MURRAY, INC., a California corporation;<br><br>                    Plaintiff,<br><br>     vs.<br><br>CONSTRUCTION TRUCK & TRAILER, INC., a Utah corporation;<br><br>                    Defendant. | Case No. 2:11-cv-00803-JAM-KJN<br><br>**ORDER FOR RE-REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM ("VDRP")**<br>[L.R. 271] |

Pursuant to the stipulation of the parties filed herein and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The above-referenced action is re-referred to VDRP pursuant to Local Rule 271.

2. Arthur Woodward of Downey Brand LLP shall be re-appointed as the VDRP Neutral.

3. VDRP shall be completed no later than May 18, 2012.

4. Plaintiff may file a motion to amend its pleading to include an additional claim for damages as specifically reserved in Paragraph 3 of the Complaint no later than twenty-one (21) days following completion of VDRP and Defendant may file a counter-claim with its response to the Amended Complaint.

Dated: 3/14/2012                    /s/ John A. Mendez
                                    U.S. DISTRICT COURT JUDGE

---
Order for Re-Referral to Voluntary Dispute Resolution Program
**Error! Unknown document property name.**

PDF created with pdfFactory trial version www.pdffactory.com