LISA BLANCO JIMENEZ (CA SBN: 234671)
MICHAEL R. TENER (CA SBN: 253790)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
P.O. Box 20
Stockton, CA  95201-2030
Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910
E-mail: ljimenez@neumiller.com

Attorneys for Plaintiff,
HARLEY MURRAY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HARLEY MURRAY, INC., a California corporation;<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CONSTRUCTION TRUCK & TRAILER, INC., a Utah corporation;<br><br>　　　　　　　Defendant. | Case No. 2:11-cv-00803-JAM-KJN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2)(i) and the stipulation of the parties, the Court enters its order as follows:

　　1.　　This action is dismissed with prejudice.

　　2.　　The Court shall retain jurisdiction over this matter for the sole purpose of enforcing the parties' settlement of their dispute.

　　IT IS SO ORDERED.

DATED this 28th day of June, 2012.

　　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

---

ORDER OF DISMISSAL WITH PREJUDICE

702751-1

PDF created with pdfFactory trial version www.pdffactory.com